KENNETH S. GAINES, ESQ. SBN 049045
ken@gaineslawfirm.com
DANIEL F. GAINES, ESQ. SBN 251488
daniel@gaineslawfirm.com
ALEX P. KATOFSKY, ESQ. SBN 202754
alex@gaineslawfirm.com
EVAN S. GAINES, ESQ. SBN 287668
evan@gaineslawfirm.com
**GAINES & GAINES, APLC**
27200 Agoura Road, Suite 101
Calabasas, CA 91301
Telephone: (818) 703-8985
Facsimile: (818) 703-8984

Attorneys for Plaintiff Roy Richard, on behalf of himself and all "aggrieved employees" pursuant to Labor Code § 2698 *et seq.*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY RICHARD, on behalf of himself and all "aggrieved employees" pursuant to Labor Code § 2698 *et seq.*,<br><br>Plaintiff,<br><br>v.<br><br>A-PARA TRANSIT CORP., a California corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 4:17-cv-05299-HSG<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>**STIPULATION BY PARTIES TO REMAND ACTION TO STATE COURT; ORDER THEREON**<br><br>*Complaint Filed: August 4, 2017*<br>*Action Removed: September 13, 2017* |

**RECITALS**

Plaintiff ROY RICHARD ("Plaintiff") and Defendant A-PARA TRANSIT CORP, a California corporation ("Defendant") (together as the "Parties"), through their respective counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, on August 4, 2017, Plaintiff individually and on behalf of all "aggrieved employees" under the Private Attorneys General Act ("PAGA"), filed a Representative Action in the Superior Court of California, County of Alameda, Case No. HG 17 870373 ("the Complaint").

**WHEREAS**, Defendant was served with the Complaint on August 14, 2017.

**WHEREAS**, on September 13, 2017, Defendant filed a Notice of Removal of the Complaint and removed the Action to this Court.

**WHEREAS**, on September 13, 2017, this case was assigned to Magistrate Judge Joseph S. Spero.

**WHEREAS**, on September 29, 2017, this case was reassigned to this Court.

**WHEREAS**, on January 11, 2018, the Parties attended a mediation with Francis Ortman, Esq., but were not successful at reaching a resolution. The Parties, however, are continuing to discuss resolution.

**WHEREAS**, Plaintiff and Defendant have met and conferred regarding Plaintiff's intent to file a motion to remand this action to the State Court.

**WHEREAS**, the Parties, after further meet and confer efforts, have agreed to remand this action to the State Court, subject to Plaintiff's filing of the First Amended Complaint, which revises the claims he is asserting to, among other things, exclude Defendants' unionized employees who are subject to a collective bargaining agreement from certain claims.

**WHEREAS**, Defendant does not hereby, or otherwise, admit the sufficiency of the allegations in the First Amended Complaint or the truth of any fact or claim alleged therein.

**WHEREAS**, on March 1, 2018, this Court granted the parties' request to e-file the First Amended Complaint and directed the parties to file a stipulation and proposed order remanding the case after Plaintiff filed the First Amended Complaint.

**WHEREAS**, Plaintiff e-filed the First Amended Complaint on March 5, 2018.

**WHEREAS**, I, Daniel F. Gaines, attest that Keahn Morris has concurred to the filing of this stipulation.

## **S T I P U L A T I O N**

**BASED UPON THE FOREGOING, IT IS HEREBY STIPULATED** as follows:

1. This Action shall immediately be remanded to the Superior Court for the State of California, County of Alameda.

**IT IS SO STIPULATED**.

Dated: March 16, 2018

                                                   GAINES & GAINES
                                                   A Professional Law Corporation

                                                 By: /s/ Daniel F. Gaines
                                                      DANIEL F. GAINES
                                                      ALEX P. KATOFSKY
                                                      Attorney for Plaintiff

Dated: March 16, 2018                 SHEPPARD MULLIN RICHTER & HAMPTON LLP

                                               By: /s/ Keahn N. Morris
                                                      MORGAN P. FORSEY
                                                      KEAHN N. MORRIS
                                                      Attorneys for Defendant

# **O R D E R**

Pursuant to the above Stipulation between the Parties, and for good cause appearing, the Court hereby ORDERS as follows:

1. The Action is immediately remanded to the Superior Court of California for the County of Alameda.

**IT IS SO ORDERED.**

Dated: March 16, 2018

JUDGE HAYWOOD S. GILLIAM, JR.